**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **JORGE ALEXANDER MACHADO GALAVIZ,** | § § § | |
| **Petitioner,** | § § | |
| **v.** | § § | **CAUSE NO. EP-26-CV-782-KC** |
| **ERIKA ESTRADA et al.,** | § § § | |
| **Respondents.** | § | |

**SHOW CAUSE ORDER & PREVENTING PETITIONER'S REMOVAL FROM THE
COUNTRY & DISTRICT**

On this day, the Court considered Jorge Alexander Machado Galaviz's Petition for a Writ of Habeas Corpus, ECF No. 1.  Machado Galaviz is detained at the El Paso Service Processing Center in El Paso, Texas.[1]  *Id.* ¶ 1.  He argues that his detention is unlawful and asks the Court to order his release or a bond hearing.  *Id.* ¶¶ 35–46; *see id.* 21–22.  He also asks that Respondents be prevented from moving him out of the District.  *See id.* at 21.

Machado Galaviz entered the United States in 2023, was apprehended, placed in removal proceedings, and released on his own recognizance.  *Id.* ¶ 3.  Since then, he has lived in El Paso, Texas, where he was detained on December 16, 2025.  *Id.* ¶ 5.  As alleged, his case appears

---

[1]"[T]he proper respondent to a habeas petition is 'the person who has custody over the [petitioner].'" *Rumsfeld v. Padilla*, 542 U.S. 426, 434–35 (2004) (citations omitted).  Thus, Machado Galaviz has named the proper respondent by naming the ICE El Paso Field Office Director Mary de Anda-Ybarra.  *See, e.g., Chukwu v. Price*, No. 3:17-cv-174-PRM, 2017 WL 8728592, at *3 (W.D. Tex. Aug. 24, 2017).  Machado Galaviz, however, also names Markwayne Mullin, as Secretary of the Department of Homeland Security ("DHS").  *See* Pet. 1.  Markwayne Mullin, however, is neither acting Secretary nor current Secretary of DHS.  Accordingly, Kristi Noem is automatically substituted for Markwayne Mullin, as DHS Secretary. *Cf.* Fed. R. Civ. P. 25(d) (stating "[a]n action does not abate when a public officer . . . otherwise ceases to hold office," as "officer's successor is automatically substituted as a party" and "any misnomer not affecting parties' substantial rights must be disregarded."); Fed. R. Civ. P. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party."); *Chukwu*, 2017 WL 87288592, at *1 n. 1 (automatically substituting then current acting secretary for former named secretary).

materially indistinguishable from several others in which this Court has found a procedural due process violation.  *See, e.g.*, *Lopez-Arevelo v. Ripa*, 801 F. Supp. 3d 668, 674–88 (W.D. Tex. 2025).  Of course, Respondents are nevertheless permitted to state their position before a ruling. In doing so, Respondents are encouraged to avoid boilerplate arguments that this Court has already rejected.  Absent new authority, they may assume that the Court's position on the law has not changed and explain whether the facts of Machado Galaviz's case warrant a different outcome.

Accordingly, Respondents are **ORDERED** to **SHOW CAUSE** by <u>**no later than March 27, 2026**</u>, why the application for a writ of habeas corpus should not be granted.  *See Lopez-Arevelo v. Ripa*, No. 3:25-cv-337-KC, 2025 WL 3254930, at *2 & n.1 (W.D. Tex. Aug. 26, 2025).  The Court will set this matter for a hearing and order additional briefing deadlines, if necessary, upon review of the show cause response.

**IT IS FURTHER ORDERED**, under the Court's inherent authority to preserve and assess its own jurisdiction, that Respondents **SHALL NOT** (1) remove or deport Machado Galaviz from the United States, or (2) transfer Machado Galaviz to any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed.  *See Alves v. U.S. Dep't of Just.*, No. 3-25-cv-306-KC, 2025 WL 2629763, at *5 (W.D. Tex. Sept. 12, 2025).

**IT IS FURTHER ORDERED** that to the extent Respondents have not been served, the Clerk of the Court shall **SERVE** copies of the Petition and this Order upon Respondents through their counsel.  *See* Habeas Rule 4 ("[T]he clerk must serve a copy of the petition and any order on the respondent[s] . . . .").

**SO ORDERED**.

**SIGNED** on this _____ day of March, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE